**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 96-50416
(Summary Calendar)

RICHARD L. CHANDLER,

Plaintiff-Appellant,

versus

RACHEL CHANDLER; UNITED STATES ARMY
FINANCE AND ACCOUNTING CENTER,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
(USDC No. EP-96-CV-125)
- - - - - - - - - -
February 21, 1997

Before HIGGINBOTHAM, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Richard L. Chandler appeals the district court's dismissal of his civil action on grounds of res judicata. The district court did not err in determining that Chandler's claims were, in part, barred by res judicata. See Schmueser v. Burkburnett Bank, 937 F.2d 1025, 1031 (5th Cir. 1991). The district court did not abuse its discretion in enjoining Chandler from filing or proceeding in any lawsuit against any party based upon facts, incidents, or

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

matters arising from or pertaining to the divorce decree.  Villar v. Crowley Maritime Corp., 990 F.2d 1489, 1499 (5th Cir.) (en banc), cert. denied, 510 U.S. 1044 (1993).  Because the order of sanctions does not reduce the monetary sanctions to a sum certain, this court declines to consider Chandler's arguments that the district court abused its discretion in imposing monetary sanctions.  See Southern Travel Club, Inc. v. Carnival Air Lines, Inc., 986 F.2d 125, 131 (5th Cir. 1993).  Chandler's request that this court declare his marriage void is DENIED.  Chandler's motion to strike the brief of the United States Army Finance and Accounting Center and to compel Rachel Chandler to file an appellate brief is DENIED.

The appeal is DISMISSED.  See 5th Cir. R. 42.2.

2